# MEMORANDUM DECISIONS.

[Civil No. 640.]

## CHARLES GRANVILLE JOHNSTON et al., Appellants, v. GEORGE W. ROLSTON et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. J. J. Hawkins, Judge.

Allen R. English, Attorney for Appellants.

Charles S. Clark, Attorney for Appellees.

January 11, 1899. Dismissed.

---

[Civil No. 657.]

## CHARLES DE GROFF, Plaintiff in Error, v. ROBERT A. WAGNER, Defendant in Error.

WRIT OF ERROR from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.

No appearance for Plaintiff in Error.

Charles Blenman, Attorney for Defendant in Error.

January 11, 1899. Affirmed.

---

[Civil No. 691.]

## J. F. DUNCAN, Administrator of the Estate of P. H. Kraner, Deceased, Appellant, v. PABLO B. SOTO, Executor of the Estate of John C. Falls, Deceased, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.

Rochester Ford, Attorney for Appellant.

Barnes & Martin, Attorneys for Appellee.

January 14, 1899. Affirmed on stipulation.